**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02457-CMA-MJW

SANDOZ, INC.,

      Plaintiff,

v.

PFIZER, INC.,
PPFIZER IRELAND PHARMACEUTICALS,
C.P. PHARMACEUTICALS INTERNATIONAL C.V.,
WARNER-LAMBERT COMPANY, and
WARNER-LAMBERT COMPANY LLC,

      Defendants.

---

### ORDER REGARDING JURY DEMAND AND REQUEST FOR NONJURY TRIAL

---

This matter is before the Court on the parties' Joint Stipulation to Strike Sandoz Jury Demand and Request for a Nonjury Trial (Doc. # 9). Being fully advised in the premises, the Court hereby GRANTS the motion and ORDERS as follows:

1. The jury demand made by Plaintiff Sandoz Inc. in its Complaint for Declaratory Relief (Doc. # 1) is STRICKEN WITHOUT PREJUDICE, to renew should a new issue triable by jury be added to the case.

DATED:  November __12__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge